AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| | |
|---|---|
| LORI ANDRUKAITIS | ) |
| *Plaintiff* | ) |
| v. | ) |
| VERDE ENERGY USA, INC. | ) |
| *Defendant* | ) |

Civil Action No.  3:14-2207

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .
_____ .

☑ other:   Per Rule 68 Offer of Judgment, Judgment is hereby entered in favor of the plaintiff Lori Andrukaitis and
against the defendant Verde Energy USA, Inc. in the amount of $5,000 plus 28 U.S.C. Section 1920 costs
accrued to date of this action.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☐ decided by Judge _____ on a motion for

Date:  *4-7-15*

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*