# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORI ANDRUKAITIS,<br><br>        Plaintiff,<br>v.<br><br>VERDE ENGERGY, USA, INC.<br><br>        Defendant. | **Case No.: 3:14-cv-02207-MEM** |

## SATISFACTION OF JUDGMENT

Kindly mark the judgment and demand for fees and costs in this matter as SATISFIED. It is certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged and the Clerk of Courts is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: April 24, 2015          /S/ Craig Thor Kimmel
                               Craig Thor Kimmel
                               Attorney ID: 57100
                               Kimmel & Silverman, P.C.
                               30 East Butler Pike
                               Ambler, PA 19002
                               Phone: (215) 540-8888
                               Fax: (877) 788-2864
                               Email: kimmel@creditlaw.com

## Certificate of Service

      I hereby certify that on April 24, 2015, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

> Kevin P. Allen, Esq.
> Eckert, Seamans, Cherin & Mellott, LLC
> U.S. Steel Tower
> 600 Grant St., 44th Floor
> Pittsburgh, PA 15219
> kpallen@eckertseamans.com

> /S/ Craig Thor Kimmel
> Craig Thor Kimmel
> Attorney ID: 57100
> Kimmel & Silverman, P.C.
> 30 East Butler Pike
> Ambler, PA 19002
> Phone: (215) 540-8888
> Fax: (877) 788-2864
> Email: kimmel@creditlaw.com